# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:10-CV-00040-RLV-DSC

| | |
|---|---|
| LENOIR MALL, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| STATE FARM FIRE AND CASUALTY COMPANY, | ) |
| | ) |
| Defendant. | ) |

**THIS MATTER** is before the Court on "Defendant's Motion for Substitution [of Party]" (document # 44) filed August 26, 2013.

Having conferred with the chambers of the Honorable Richard L. Voorhees, Plaintiff is **ORDERED** to file a response to the Motion by 12:00 p.m. (noon) on Friday, August 30, 2013.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Richard L. Voorhees.

**SO ORDERED**.

Signed: August 26, 2013

David S. Cayer
United States Magistrate Judge