IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL DOCKET NO.: 5:10-CV-040

| | |
|---|---|
| LENIOR MALL, LLC, | ) |
| | ) |
| v. | ) SEQUESTRATION |
| | ) ORDER |
| | ) |
| STATE FARM FIRE AND CASUALTY | ) |
| INSURANCE COMPANY, | |
| Defendant. | ) *Rule 615* |
| | ) *Federal Rules of Evidence* |
| | ) |

**IT IS, HEREBY, ORDERED** that any person who will be or may become a witness in this case (except those excluded by Rule 615) is prohibited from being in the courtroom or within hearing of it during the trial of this matter except at the time of his or her own testimony. All witnesses in this case are ordered also not to talk about prior testimony with any witness or other person who has been in the courtroom during testimony. All witnesses are further ordered not to talk with anyone who will be or may become a witness about any subject related to this trial. The attorneys in this case are ordered to relay the contents of this order to their own witnesses and are further ordered to scan the courtroom periodically to facilitate removal of such witnesses if any of them have inadvertently come into the courtroom. The lawyers are further ordered not to divulge the content of testimony already given in this case to any prospective witness.

Signed: August 28, 2013

Richard L. Voorhees
United States District Judge