# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| Lenoir Mall, LLC, | ) | CLERK'S JUDGMENT |
| | ) | |
| Plaintiff(s), | ) | 5:10-CV-00040-RLV-DSC |
| | ) | |
| vs. | ) | |
| | ) | |
| State Farm Fire and Casualty Company, | ) | |
| | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court by Jury Trial and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Jury Verdict in favor of defendant State Farm Fire and Casualty Company rendered by the jury on September 13, 2013, and entered on the Court's Docket Sheet on September 16, 2013.

September 16, 2013

Frank G. Johns, Clerk
United States District Court